UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RANDY MITCHELL,
    Plaintiff,

vs.                                                                 No. 03-1193

JAMES SCHOMIG,
    Defendants.

## ORDER

    The plaintiff, a state prisoner, filed this civil rights complaint pursuant to 42 U.S.C. §1983 on June 11, 2003.   The court discovered that the plaintiff had already filed the exact same lawsuit on June 10, 2003. (Case No. 03-1191) .  The court allowed the plaintiff  to proceed on the first filing, Case No. 03-1191.  No action was taken in this case since July of 2003. This case is therefore dismissed as duplicative.

    IT IS THEREFORE ORDERED that Case No. 03-1193 is dismissed in its entirety with prejudice.

Enter this _7th___ day of June, 2006.

                                       **s\Harold A. Baker**
                              _____
                                       HAROLD A. BAKER
                            UNITED STATES DISTRICT JUDGE